UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAVON FOLSE | CIVIL ACTION |
| VERSUS | NO: 20-2680 |
| RHONDA LEDET, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the **Motion to Sever and Transfer (ECF No. 6)** is **GRANTED**, and the claims against Warden Book regarding the conditions of plaintiff's confinement in and transport from Catahoula Correctional Center are **SEVERED** and **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

March 31, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE