UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAVON FOLSE | CIVIL ACTION |
| VERSUS | NO: 20-2680 |
| RHONDA LEDET, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Javon Folse's § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief may be granted.

May 25, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE